UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH LYNN APPLEBY,
    Plaintiff,

    v.                                           CIVIL ACTION
                                                      NO. 13-10207-JGD

MICHAEL J. ASTRUE, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION,
    Defendant.

ORDER ON MOTION TO
PROCEED WITHOUT PREPAYMENT OF FEES

DEIN, M.J.

Upon review of the plaintiff's complaint, it is hereby ORDERED that:

(1)    Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 1-3) is ALLOWED.

(2)    Summonses previously issued on February 4, 2013.

(3)    Plaintiff must serve the Defendant(s) in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal Service shall serve the summons(es), Complaint, and this Order upon the defendant(s), in the manner directed by the plaintiff, with all costs of service to be advanced by the United States Marshal Service. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service.[1]

SO ORDERED.

                                               /s/ Judith G. Dein
                                               JUDITH G. DEIN
                                             UNITED STATES MAGISTRATE JUDGE

DATED: February 4, 2013

---

[1] Counsel for plaintiff is directed to the Notice and Procedures regarding Consent to Proceed before the Magistrate Judge. See Notice of Case Assignment (Docket No. 2).